

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   SOUTHERN DISTRICT OF CALIFORNIA

8    UNITED STATES OF AMERICA,        )  Criminal Case No. 08CR034-IEG
                                      )
9              Plaintiff,             )  I N F O R M A T I O N
                                      )
10        v.                          )  Title 21, U.S.C., Secs. 952 and
                                      )  960 - Importation of Marijuana
11   JESUS ANTONIO ROMERO-GONZALEZ,   )  (Felony)
                                      )
12             Defendant.             )
     _____)

13

14        The United States Attorney charges:

15        On or about December 4, 2007, within the Southern District of

16   California, defendant JESUS ANTONIO ROMERO-GONZALEZ, did knowingly and

17   intentionally import approximately 50 kilograms or more, to wit:

18   approximately 79.24 kilograms (174.33 pounds) of Marijuana, a

19   Schedule I Controlled Substance, into the United States from a place

20   outside thereof; in violation of Title 21, United States Code,

21   Sections 952 and 960.

22        DATED: _January 3, 2008_.

23                                      KAREN P. HEWITT
                                        United States Attorney
24
                                        _john J Wen to_
25
                                        /JOSEPH J.M. ORABONA
26                                      Assistant U.S. Attorney

27
     JJO:jam:Imperial
28   1/3/08