AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JESUS ANTONIO ROMERO-GONZALEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0034 - IEG

I, JESUS ANTONIO ROMERO-GONZALEZ, the above named defendant, who is accused

of committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952
and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on ___1/3/08___ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED

JAN 0 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY