| | |
|---|---|
| 1 | Marc X. Carlos |
| | BARDSLEY & CARLOS, LLP |
| 2 | California SBN 132987 |
| | 424 "F" Street, Suite A |
| 3 | San Diego, CA  92101 |
| | Telephone: (619) 702-3226 |
| 4 | Facsimile:   (619) 702-5415 |
| 5 | Attorneys for Defendant |
| | JESUS ROMERO-GONZALEZ |

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (MAGISTRATE JUDGE NITA L. STORMES)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0034-NLS (IEG) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JOINT MOTION FOR** |
| v. | ) | **CONTINUANCE OF** |
| | ) | **DISPOSITION HEARING** |
| | ) | |
| JESUS ANTONIO ROMERO-GONZALEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Caroline Han, Assistant United States Attorney, and defendant JESUS ANTONIO ROMERO-GONZALEZ, by and through his counsel, Marc X. Carlos, that the disposition hearing for the above-named defendant currently scheduled for January 31, 2008 at 9:30 a.m. be continued to March 13, 2008 at 9:30 a.m.  The reason for this request is that counsel is currently in trial in San Diego Superior Courthouse, People v. Teddy Baek, (Case No. SCD 203314).  Trial is scheduled to last through to the first week of March or longer.  Assistant United States Attorney Caroline Han has been notified of instant request and does not object.

1  ///

2  ///

3

4     IT IS SO STIPULATED AND AGREED.

5

6

7 Date: 01/28/2008          S/Marc X. Carlos
                                        MARC X. CARLOS
                                        Attorney for

8                                         JESUS ROMERO-GONZALEZ

9

10 Date: 01/28/2008          S/Caroline Han
                                        CAROLINE HAN

11                                         Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28