**CERTIFICATE OF SERVICE**

<u>U.S. v. Jesus Antonio Romero-Gonzalez</u>
Case No. 08CR0034-NLS (IEG)

Counsel for Defendant Jesus Romero-Gonzalez hereby certifies that on this date copies of Defendant's Joint Motion for Continuance of Disposition Hearing were served electronically upon the following attorneys:

AUSA, Caroline Han

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 28, 2008, at San Diego, California.

s/ Marc X. Carlos
Marc X. Carlos